United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO LADIES' PROTECTION AND RELIEF SOCIETY,

Plaintiff,

v.

RPM BILLING, LLC, et al.,

Defendants.

Case No. 25-cv-06090-RFL (LJC)

**NOTICE OF REFERRAL FOR DISCOVERY AND ORDER DENYING WITHOUT PREJUDICE UNILATERAL DISCOVERY LETTER**

Re: Dkt. Nos. 40, 41

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned has reviewed Plaintiff's unilateral discovery letter (ECF No. 40), which is DENIED without prejudice to the parties filing a joint letter consistent with the undersigned's standing order. The parties are ORDERED to meet and confer in person or by videoconference and file a joint letter no later than September 1, 2026. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Civil Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/ljc/.

Please contact the Courtroom Deputy Clerk at ljccrd@cand.uscourts.gov with any administrative questions.

**IT IS SO ORDERED.** Dated: August 26, 2026

LISA J. CISNEROS
United States Magistrate Judge